UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MERCADO,

    Plaintiff,

CASE NO. 1:10-CV-1061

v.

HON. ROBERT J. JONKER

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 18). The Report and Recommendation was duly served on the parties on February 14, 2012. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 14, 2012, is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision (docket ## 6, 7) be **REVERSED** and this matter **REMANDED** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).

    /s/Robert J. Jonker
    ROBERT J. JONKER
    UNITED STATES DISTRICT JUDGE

Dated: March 13, 2012